Conviction is for possessing for the purpose of sale intoxicating liquor in dry territory, punishment being a fine of $100 and thirty days in jail.

The record contains no statement of facts. The only bill of exception complains of the trial court's refusal to quash the complaint and information. We discover no material defect in the state's pleading.

The judgment is affirmed.

On Motion for Rehearing.

GRAVES, Judge.

We think this case was properly disposed of in our original opinion herein.

The motion for rehearing will be overruled.

## CASTON v. STATE.
### No. 19759.

Court of Criminal Appeals of Texas.
May 11, 1938.

Joe Mills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.